UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
FEDERAL INSURANCE COMPANY             :

               Plaintiff,           :      08 Civ. 1584 (BSJ)
                                                        **ECF CASE**
  - against -                                   :      **RULE 7.1**
                                                         **DISCLOSURE STATEMENT**

NYK LOGISTICS (AMERICA) INC.; NYK      :
LOGISTICS AMERICAS INC. D/B/A NYK
CONTRACT LOGISTICS; KING ALBERT &amp;      :
SON TRUCKING; FASTLANE LOGISTICS
POWERED BY VEXURE;                    :

               Defendants.          :
----------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private nongovernmental corporate party discloses that the following are parent corporations of that party and the publicly held corporations that own 10% or more of the party's stock:

    Federal Insurance Company is a wholly owned subsidiary of The Chubb Corporation, a publicly traded company on the New York Stock Exchange.

Date:  New York, New York
        February 14, 2008

                                          *s/David L. Mazaroli*
                                      _____
                                      David L. Mazaroli (DM 3929)
                                      Attorney for Plaintiff
                                      11 Park Place - Suite 1214
                                      New York, New York 10007
                                      Tel.: (212)267-8480
                                      Fax.: (212)732-7352
                                      E-mail: dlm@mazarolilaw.com
                                      File No.: 7C-1594