David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352



-----------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

FEDERAL INSURANCE COMPANY
a/s/o VISIONAIRE LIGHTING, LLC

              Plaintiff,

- against -

NYK LOGISTICS (AMERICAS) INC.; NYK
LOGISTICS (AMERICAS) INC. D/B/A NYK
CONTRACT LOGISTICS; KING ALBERT &
SON TRUCKING; FASTLANE LOGISTICS;
POWERED BY VEXURE;

              Defendants.
-----------------------------------------------------------x

08 Civ. 1584 (BSJ)

VOLUNTARY DISMISSAL
<u>ORDER</u>

No answer having been filed and a settlement agreement having been reached between plaintiff and defendant NYK Logistics (Americas) Inc., this action is hereby discontinued pursuant to Fed. R. Civ. P. 41 (a) (1)(i) with prejudice, but with each party to pay its on costs, subject to reopening by letter application of plaintiff's counsel in the event the settlement is not consummated within thirty (30) days of the entry of this order.

Dated: New York, New York
      April _2_, 2008

                              SO ORDERED:

                              _____
                              UNITED STATES DISTRICT JUDGE